IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOFIA GARZA, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. \_\_\_\_\_ |
| § | JURY TRIAL DEMANDED |
| FAMILY DOLLAR STORES OF TEXAS, § | |
| LLC § | |
| § | |
| *Defendant.* § | |

# COUNSEL OF RECORD AND INFORMATION PURSUANT TO 28 U.S.C. § 1446(A)

(1) A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

      Plaintiff         *Sofia Garza*

      Defendant     *Family Dollar Stores of Texas, LLC*

    The removed case is currently pending.

(2) A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action; all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a);

    See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit "A**.*"

(3) A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by her;

*Counsel for Plaintiff*
*Sofia Garza*

Thaison D. Hua
State Bar No. 24097852
Richard J. Nava
State Bar No. 24083552
Email: thaison@rhhlawgroup.com
Email: eserviceRJN@navalawgroup.com
**NAVA LAW GROUP, P.C.**
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401
P: 713-661-9900 / F: 713-666-5922


*Counsel for Defendant*
*Family Dollar Stores of Texas, LLC*

Kevin P. Riley
State Bar No. 16929100
E-Mail: kriley@mayerllp.com
Jason M. Gunderman
State Bar No. 24085349
E-Mail: jgunderman@mayerllp.com
**MAYER LLP**
2900 North Loop West, Suite 500
Houston, Texas 77092
P: 713.487.2000 / F: 713.487.2019

**(4)** A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number); and

- Defendant has requested a trial by jury.

**(5)** The name and address of the court from which the case is being removed.

> 281st Judicial District Court
> Harris County Civil Courthouse
> 201 Caroline, 14th Floor
> Houston, Texas 77002
> 832.927.2130