# EXHIBIT A

2 | P a g e

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SOFIA GARZA, § § *Plaintiff*, § § v. § § FAMILY DOLLAR STORES OF § TEXAS, LLC, § § *Defendant.* § | CIVIL ACTION NO. _____ JURY TRIAL DEMANDED |

### DEFENDANT FAMILY DOLLAR STORES OF TEXAS, LLC'S
### INDEX OF MATTERS BEING FILED

Defendant Family Dollar Stores of Texas, LLC, hereby filed this Index of all documents filed in State Court Action:

A.  Index of Documents:

1) Request for Issuance of Service, filed July 13, 2022

2) Plaintiff's Original Petition, filed on July 13, 2022;

3) Citation and Return of Service, filed on July 19, 2022;

4) Defendant Family Dollar Stores of Texas, LLC's Answer to Plaintiff's Original Petition, filed on August 8, 2022; and

5) Civil Cover Sheet

        Respectfully submitted,

        **MAYER LLP**
        2900 North Loop West, Suite 500
        Houston, Texas 77092
        713.487.2000/Fax 713.487.2019

        By: _/s/ **Kevin P. Riley**_
            Kevin P. Riley
            State Bar No. 16929100
            Federal Bar No. 13776
            E-Mail: kriley@mayerllp.com
            Jason M. Gunderman
            State Bar No. 24085349
            Federal Bar No. 3395605
            E-Mail: jgunderman@mayerllp.com

        *Attorneys for Defendant*
        *Family Dollar Stores of Texas, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on August 15, 2022, the foregoing *Defendant Family Dollar Stores of Texas, LLC's Notice of Removal* was electronically filed, as required by the United States District Court for the Southern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Southern District of Texas:

Thaison D. Hau
Richard J. Nava
NAVA LAW GROUP, P.C.
4909 Bissonnet Street, Suite 100
Bellaire, Texas 77401

*Counsel for Plaintiff*

☒E-MAIL:
☐HAND DELIVERY
☐FACSIMILE
☐OVERNIGHT MAIL
☐REGULAR, FIRST-CLASS MAIL
☒CM/ECF
☐CERTIFIED MAIL/RETURN RECEIPT REQUESTED

        */s/ Jason M. Gunderman*
        Jason M. Gunderson