# EXHIBIT 3

```
                                            Receipt Number: 935484
                                            Tracking Number: 74026281
EML
```
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202241785

| | |
|---|---|
| PLAINTIFF: GARZA, SOFIA | In the 281st Judicial |
| vs. | District Court of |
| DEFENDANT: FAMILY DOLLAR STORES OF TEXAS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: FAMILY DOLLAR STORES OF TEXAS LLC (A DOMESTIC LIMITED LIABILITY) MAY BE SERVED WITH SERVICE OF PROCESS BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY D/B/A CSC- LAWYERS INCO
211 E 7TH STREET SUITE 620
AUSTIN TX 78701

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.
This instrument was filed on July 13, 2022, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this July 14, 2022.



*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


                                            Generated By: PATRICIA JONES

Issued at request of:
HUA, THAISON DANNY
4909 BISSONET ST. SUITE 100A
BELLAIRE, TX  77401
713-300-5075
Bar Number: 24097852

Tracking Number: 74026281
EML

CAUSE NUMBER: 202241785

| | |
|---|---|
| PLAINTIFF: GARZA, SOFIA | In the 281st |
| vs. | Judicial District Court |
| DEFENDANT: FAMILY DOLLAR STORES OF TEXAS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____, by delivering to _____ defendant, in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____               _____
                                   _____ of _____

County, Texas

_____        By: _____
            Affiant                                  Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

_____
Notary Public

Case 4:22-cv-02754   Document 1-4   Filed on 08/15/22 in TXSD   Page 4 of 4

7/19/2022 4:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 66475113
By: Jennifer Ochoa
Filed: 7/19/2022 4:49 PM

## CAUSE NUMBER: 2022-41785

**SOFIA GARZA**
**PLAINTIFF**

**VS.**

**IN THE 281ST JUDICIAL DISTRICT**
**COURT OF HARRIS COUNTY, TEXAS**

**FAMILY DOLLAR STORES OF TEXAS, LLC**
**DEFENDANT**

### RETURN OF SERVICE

My name is **DANE CUPPETT**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY,  TX 77009, U.S.A.

ON **Thursday July 14, 2022 AT 12:23 PM - CITATION, PLAINTIFF'S ORIGINAL PETITION**, came to hand for service upon **FAMILY DOLLAR STORES OF TEXAS LLC (A DOMESTIC LIMITED LIABILITY) BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO**.

On **Friday July 15, 2022** at **03:24 PM** - The above named documents were hand delivered to: **FAMILY DOLLAR STORES OF TEXAS LLC (A DOMESTIC LIMITED LIABILITY) BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO @ 211 E 7TH STREET, SUITE 620**, **AUSTIN, TX 78701**, **in Person.** By delivering to Kaneisha Gross, designated agent.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                DECLARATION

"My name is **DANE CUPPETT,** my date of birth is 10/09/1984 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Travis County, State of Texas on Tuesday July 19, 2022**

 **/s/DANE CUPPETT**                          **PSC#7114 EXP. 10/30/23**
Declarant                                      Appointed in accordance with State Statutes

2022.07.668103