# EXHIBIT 5

| HCDistrictclerk.com | GARZA, SOFIA vs. FAMILY DOLLAR STORES OF TEXAS LLC | | | 8/12/2022 |
|---|---|---|---|---|
| | Cause: 202241785 | CDI: 7 | Court: 281 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 103391697 | DEFENDANT FAMILY DOLLAR STORES OF TEXAS, LLC ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND | | 08/08/2022 | 7 |
| 103054627 | Return of Service-FAMILY DOLLAR STORES OF TEXAS LLC | | 07/19/2022 | 1 |
| 102964379 | eIssue: Citation | | 07/14/2022 | 2 |
| 102937291 | PLAINTIFF'S ORIGINAL PETITION | | 07/13/2022 | 7 |
| ‑> 102937292 | Request for Issuance of Service | | 07/13/2022 | 1 |